UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:

OSLAYDA RODRIGUEZ,             Case No: 21-21753-AJC
           Chapter 7

_____Debtors_____/

## MOTION TO REINSTATE CHAPTER 7 CASE

**COME NOW,** the Debtor, Oslayda Rodriguez**,** by and through their undersigned counsel and moves this Honorable Court for an Order Reinstating Case and as grounds therefore would show:

1. On December 15, 2021 the instant case was filed as a chapter 7 bankruptcy.

2. On January 25, 2022 this case was dismissed due to debtor's failure to appear at the 341 meeting of creditors

3. Due to calendaring error on the debtor part, she missed her 341 meeting of creditors.

4. The Debtors case was filed in good faith and the Debtors will be unjustly prejudiced if not permitted to reinstate the case.

WHEREFORE the undersigned respectfully requests that this Honorable Court enter an Order Granting Debtors Motion to Reinstate Chapter 7 Case.

I HEREBY I hereby certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

           Respectfully Submitted:

           **ROBERT SANCHEZ, P.A.**
           Attorney for Debtor
           355 West 49th Street
           Hialeah, FL 33010
           Tel. 305-374-1234

           By:*/s/ Robert Sanchez*_____
             Robert Sanchez, Esq., FBN#0442161