UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:

    Oslayda Rodriguez        Case No. 21-21753-AJC

    Debtor(s).        Chapter 7
_____/

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the Motion to Reinstate Chapter 7 Case and Notice of Hearing was sent to all parties on the attached service list on February 3, 2022.

Electronically: Soneet Kapila, Trustee

First Class Mail:

Debtor(s), Oslayda Rodriguez
1128 NW 6th Street Apt 22
Miami, FL 33136

All Creditors on the Matrix

    Respectfully Submitted:

    **ROBERT SANCHEZ, P.A.**
    Attorney for Debtor
    355 West 49th Street
    Hialeah, FL 33012
    Tel. 305-687-8008

    By:*/s/ Robert Sanchez*
    Robert Sanchez, Esq., FBN#0442161